UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAUREN T. MONCRIEF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 1:16-cv-00282-LMM |
| | ) |
| ASHTON GARDENS ATLANTA, | ) |
| LLC and BRAD SCHREIBER, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the Court for consideration of the Joint Motion for Stipulated Judgment Approving FLSA Settlement [Doc. 25]. After reviewing the record and the joint submission of the parties and conducting a telephonic hearing, the Court enters the following Order.

"When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Having

1

reviewed the Settlement Agreement and Release of Claims (the "Agreement") [Doc. 25-1] executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's length and is not the result of any collusion.

The Court has also reviewed the unopposed request for approval of attorney's fees and costs in the amount stated in the Agreement and finds that the attorneys' fees and costs provided in the Agreement are reasonable.

Therefore, the Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement is hereby **GRANTED**, and the Court hereby enters this stipulated **JUDGMENT** approving the settlement Agreement between the parties.

The Court reserves jurisdiction over the construction, interpretation, implementation, and enforcement of the parties' settlement agreement. The Clerk is instructed to close this case.

**SO ORDERED AND ADJUDGED** this 20th day of October, 2016.

_____
LEIGH MARTIN MAY
United States District Judge